No. 323.   INSULAR SUGAR REFINING CORP. *v.* COMMISSIONER OF INTERNAL REVENUE.   October 8, 1945.   Petition for writ of certiorari to the Circuit Court of Appeals for

the Second Circuit denied. *Mr. J. Sterling Halstead* for petitioner. *Acting Solicitor General Judson, Assistant Attorney General Clark, Messrs. Sewall Key, A. F. Prescott* and *Newton K. Fox* for respondent.